THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION

| | | |
|---|---|---|
| KEITH HERNANDEZ, | § | |
|     Plaintiff, | § | |
| | § | |
| vs. | § | |
| | § | CIVIL ACTION NO. 2:13-CV-134-J |
| | § | (Jury Trial Demanded) |
| BNSF RAILWAY COMPANY, | § | |
|     Defendant. | § | |

### DEFENDANT BNSF RAILWAY COMPANY'S
### MOTION FOR SUMMARY JUDGMENT

TO THE HONORABLE COURT:

Defendant BNSF Railway Company ("BNSF") files this Motion for Summary Judgment and respectfully shows this Court as follows:

**I.**

The matters required by Local Rule 56.3 to be set forth in a motion for summary judgment will be set forth in BNSF's Brief in Support of its Motion for Summary Judgment.

WHEREFORE, PREMISES CONSIDERED, Defendant BNSF Railway Company prays that its motion for summary judgment be granted and that Defendant be granted such other and further relief to which it is justly entitled.

Respectfully submitted this 18th day of February, 2014.

                Respectfully submitted,

                /s/ Jeffrey J. Wolf
                Jeffrey J. Wolf (Lead Counsel)
                Texas Bar No. 21849012
                jwolf@wolflawpc.com
                Lauren M. Lockett
                Texas Bar No. 24013886
                llockett@wolflawpc.com
                THE WOLF LAW FIRM, P.C.
                1360 N. White Chapel Blvd.
                Southlake, Texas  76092
                (817) 552-9653
                (817) 552-0300 (fax)
                    *And*
                Andrew Evans (Local Counsel)
                Texas Bar No. 00796519
                andrew.evans@sprouselaw.com
                SPROUSE SHRADER SMITH, P.C.
                Amarillo Office
                701 S. Taylor St., Suite 500
                Amarillo, TX 79101
                (806) 468.3340
                (806) 373-3454 (fax)
                **ATTORNEYS FOR DEFENDANT**
                **BNSF RAILWAY COMPANY**

## VI. CERTIFICATE OF SERVICE

I hereby certify that on the February 18, 2014, I electronically filed the foregoing document with the Clerk of the Court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the Court. The electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means:

| | |
|---|---|
| W. T. Womble | Joe L. Lovell |
| Will Womble | LOVELL LOVELL NEWSOM & ISERN |
| THE WOMBLE LAW FIRM | 112 West 8th Ave; Ste 1000 |
| 1814 Memorial Drive | Amarillo, TX 79101-2314 |
| Houston, Texas  77007 | |
| *Counsel for Plaintiff Keith Hernandez* | |

                /s/ Jeffrey J. Wolf
                Jeffrey J. Wolf