IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF TEXAS

AMARILLO DIVISION

| | | |
|---|---|---|
| KEITH HERNANDEZ, an Individual, | § § | |
| PLAINTIFF, | § § | |
| vs. | § § | CIVIL ACTION CAUSE NUMBER |
| BNSF RAILWAY COMPANY, | § § | 2:13-CV-134-J |
| DEFENDANT. | § § | |

## ORDER DENYING MOTION FOR SUMMARY JUDGMENT

Before the Court is the Defendant's motion, filed February 18, 2014, for summary judgment, the response of Plaintiff, and Defendant's reply.

Defendant's motion for summary judgment is denied.

It is SO ORDERED.

Signed this the 3rd day of April, 2014.

MARY LOU ROBINSON
UNITED STATES DISTRICT JUDGE